FILED: December 15, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2236
(3:21-cv-00037-GMG)

_____

JEROME REDMAN, Individually and on behalf of all others similarly situated

    Plaintiff - Appellee

v.

JAVITCH BLOCK, LLC

    Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK